**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| BROADBAND iTV, INC., Plaintiff, v. DISH NETWORK L.L.C., Defendant. | § § § § § § § § § § | NO. 6:19-cv-716-ADA **ORDER GRANTING STIPULATION REGARDING JOINT MOTION FOR PARTIAL DISMISSAL OF CERTAIN CLAIMS** |

**ORDER GRANTING JOINT MOTION FOR**
**PARTIAL DISMISSAL OF CERTAIN CLAIMS**

Before the Court is the Joint Motion for Partial Dismissal of Certain Claims. Having reviewed the Motion, the court finds the stipulation set forth therein is meritorious and should be granted.

IT IS ORDERED that the Joint Motion for Partial Dismissal of Certain Claims is GRANTED.

IT IS FURTHER ORDERED that BBiTV's cause of action concerning DISH's alleged infringement of the U.S. Patent No. 10,506,269 (the "'269 patent") (*see* D.I. 1, Count II) is DISMISSED WITH PREJUDICE, with each party bearing its own costs and fees.

SIGNED this 13th day of August, 2021.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**